UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

———————————————— x

Leviticus D. Young
    PLAINTIFF[S],
            v.

            DEFENDANT[S],
Laurens County
Sheriff Office,
etal

———————————————— x

RECEIVED
USDC. CLERK GREENVILLE, SC
2018 DEC 11  PM 1:00

COMPLAINT
Civil Action No. ___

## I. Jurisdiction & Venue

1). This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(A)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2). THE <u>DISTRICT OF SOUTH CAROLINA</u> is AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(B)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II. <u>PLAINTIFF[S]</u>

3). PLAINTIFF, <u>LEVITICUS D. YOUNG</u> IS AND WAS AT ALL TIMES MENTIONED HEREIN A DETAINEE OF THE STATE OF <u>SOUTH CAROLINA</u> IN THE CUSTODY OF THE <u>GREENVILLE COUNTY DETENTION CENTER</u>. I AM CURRENTLY CONFINED IN <u>LEIBER CORRECTIONAL INSTITUTION</u>, IN <u>RIDGEVILLE SOUTH CAROLINA</u>.

## III. <u>DEFENDANTS</u>

4). DEFENDANT, <u>DON REYNOLDS</u> IS THE <u>SHERIFF</u> OF THE <u>LAURENS COUNTY SHERIFF OFFICE</u>. HE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE LAURENS COUNTY SHERIFF OFFICE AND EACH DEPARTMENT UNDER ITS JURISDITION.

5). DEFENDANT, ANDREW I. DUTTON IS THE DEPUTY CHIEF OF LAURENS COUNTY SHERIFF OFFICE. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF LAURENS COUNTY JAIL AND FOR THE WELFARE OF ALL THE DETAINEES OF/ IN THAT JAIL.

6). DEFENDANT, KEITH MCINTOSH, C. MARTIN, J. MCINTOSH is a LAW ENFORCEMENT OFFICER OF THE LAURENS COUNTY SHERIFF OFFICE WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF LIEUTENANT AND WAS ASSIGNED TO LAUREN COUNTY SHERIFF OFFICE.

7). EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS [OR HER] OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT, EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

## III. FACTS

8). ON OR ABOUT JANUARY 3, 2014 (LT KEITH MCINTOSH) ALONG WITH A SECOND LAW ENFORCEMENT OFFICER ARRIVED AT THE PLAINTIFF[S] HOME ADDRESS, WHICH AT THE TIME WAS (26 IOLA ST. GREENVILLE, S.C) WITH A PHOTO COPY PHOTOGRAPH LOOKING FOR THE PLAINTIFF. UPON NOTICE, PLAINTIFF WAS NOTIFIED BY SISTER (NAKISHA NICHOLSON) THAT (LAURENS COUNTY SHERIFF OFFICE) WAS LOOKING FOR HIM WITH WARRANTS. PLAINTIFF WAS BIASEDLY AND PREJUDICED PICKED OUT A PHOTO LINE UP ON NOVEMBER 19, 2013 BOTH VICTIM (DAVID A. WRIGHT) OF (SPRING ST. GRAY COURT S.C), AND (LT CHRIS MARTIN) A LAURENS COUNTY INVESTIGATOR. ON OR ABOUT THE SAME LISTED ABOVE DATE JANUARY 3, 2014 PLAINTIFF CONTACT THE (LAURENS COUNTY SHERIFF OFFICE) IN REGARD TO THE HOME VISIT AND COULDNT RECEIVE NOR GAIN INFORMATION ON THE INVESTIGATION. ON July 18, 2014

9). PLAINTIFF WAS ARRESTED AND DETAINED IN THE GREENVILLE COUNTY DETENTION CENTER ON CRIMINAL CHARGES, THAT OCCURED IN THE GREENVILLE COUNTY AREA. NO BAIL, "UPON INFORMATION AND BELIEF." PLAINTIFF HAD DETAINER[S] IN (LAURENS COUNTY SHERIFF OFFICE) PLAINTIFF FILED THE NECESSARY PETITION REQUESTING TRUE BILL INDICTMENTS AND RIGHTFUL KNOWLEDGE OF ANY CHARGES BEING HELD AGAINST HIM. WHILE STILL REMAINED, DETAINED IN THE GREENVILLE COUNTY DETENTION CENTER. ON FEB 3, 2015 PLAINTIFF WAS TRANSFERED TO THE (LAURENS COUNTY SHERIFF'S OFFICE) BY (DEPUTY HUBER R. TOMLISON) OF THE (LAURENS COUNTY SHERIFF OFFICE). NUMBER (1377), TO HAVE WARRANTS SERVED FOR RESISTING ARREST, WARRANT NUMBER 2014A3010100016 THAT (LI KEITH MCINTOSH) STATED UNDER OATH, WHICH HE LIED UNDER. THE PLAINTIFF DID KNOWINGLY, AND WILLFULLY OPPOSE AND OR RESIST ARREST BY A LAW ENFORCEMENT OFFICER. VERY UNLAWFUL!!!

AS WELL ON LARCENY/BREAKING INTO MOTOR VEHICLE OR TANKS X4. WHERE (LT J. MCINTOSH) SWORN UNDER OATH THAT PLAINTIFF DID BREAK OR ATTEMPT TO BREAK INTO A VEHICLE BELONGING TO THE VICTIM (WAYMON C. ROACH) WITH THE INTENT TO STEAL. VERY PREJUDICE AND UNLAWFULL. LIED UNDER OATH. ON FEB 3, 2015 PLAINTIFF WAS BOOKED INTO (LAURENS COUNTY SHERIFF OFFICE DETENTION BY PRIVATE (DONNA MARIE ALLOY-BAKER) NUMBER (2711). ON FALSE DOCUMENTATION, TOOK BEFORE (JUDGE TUCKER) AND GAVE A $25,000 (BAIL) $5,000 A PEICE. THIS BOOKING PROCESS TOOK 2 DAYS. PAIN AND SUFFERING, WALKING IN RESTRAINTS, BEING SLANDERED, GOT PLACED IN A JAIL BIRD MUG SHOT PAPER WITHOUT CONSENT. DEFAMATION!! ON FEB 4, 2015 [5] PLAINTIFF RETURNED TO THE CUSTODY OF GREENVILLE COUNTY WHER I LATER POSTED BAIL, AND AWAITED AN WRIT STATEMENT FROM THE COURT TO SAY

10). PLAINTIFF IS ALLOWED TO GO FROM ONE COUNTY TO ANOTHER WITH A GPS LEG MONITOR ON THE ANKLE. PLAINTIFF REMAINED IN THE CUSTODY OF GREENVILLE COUNTY AN ADDITIONAL (62) DAYS AFTER POSTING BAIL FOR $100,000 SPENDING NUMEROUS AMOUNTS OF MONEY ON CANTEEN AND PHONE TIME. PAIN & SUFFERING, MENTAL PAIN & SUFFERING AND MEDICAL FEES. ON APRIL 10, 2015 PLAINTIFF WAS TRANSFERED BACK INTO THE CUSTODY OF LAURENS COUNTY SHERIFF OFFICE TO SATISFY DETAINERS. AFTER BEING DETAINED, PLAINTIFF POSTED $25,000 SURETY BOND AND LATER RELEASED FROM (LAURENS COUNTY SHERIFF OFFICE DETENTION). PLAINTIFF TRAVELED UP AND DOWN THE HIGHWAY, PAYING GAS EXPENCES TO GET TO AND FROM LAURENS COUNTY FOR ROLL CALL APPERANCES AFTER APPEARANCE. PLAINTIFF GOT VIOLATED AND TERMINATED FROM THE HOUSE ARREST PROGRAM FOR BEING LATE COMING FROM LAURENS County.

THROUGH ALL THE <u>PAIN AND SUFFERING</u>, MENTAL PAIN AND SUFFERING, <u>SLANDER</u>, <u>FALSE IMPRISONMENT</u>, AND <u>DEFAMATION</u>. PLAINTIFF REMAINED HUMBLE, RESPECTFULL, AND INNOCENT AGAINST ALLEGATIONS. UNUSUAL PUNISHMENT IS UNUSUAL PUNISHMENT AND SHOULDN'T BE ACCEPTED. PLAINTIFF FILED PETITION ADDRESS TO PUBLIC DEFENDER (KATE KENDALL) (P.O. BOX 174 100 HILLCREST DR SUITE P. LAURENS, S.C 29360). REQUESTING THAT SHE FILE FOR A <u>SPEEDY TRIAL</u> ON MY BEHALF FOR MY INNOCENTS. PLAINTIFF ALSO STATED HE WOULD NOT PLEA TO THE CHARGES, HE WANTED TRIAL. ON NOV 26, 2018 PLAINTIFF RECEIVED LEGAL MAIL FROM THE PUBLIC DEFENDERS OFFICE DATED NOVEMBER 19, 2018 INFORMING PLAINTIFF THAT THE STATE HAS <u>DISMISSED THE CHARGES</u>. PLAINTIFF['S] CONSTITUTIONAL RIGHTS WAS DEPRIVED AND SEEKS RELEIF ON THIS COMPLAINT.

## IV. EXHAUSTION OF LEGAL REMEDIES

11). PLAINTIFF **Leviticus D. Young** PROPERLY UTILIZED THE LEGAL COURT SYSTEM FOR THE EIGHTH JUDICIAL CIRCUIT, FILING THE NECESSARY PETITIONS OR MOTIONS ON HIS OWN BEHALF UP UNTIL LEGAL COUNSEL WAS APPOINTED, TRYING SOLVE THE PROBLEM. ON OR ABOUT APRIL 26, 2015 PLAINTIFF **Leviticus D. Young** PRESENTED FACTS RELATING TO THIS COMPLAINT. PLAINTIFF **Leviticus D. Young** WAS NEVER SENT ANY RESPONSE FROM THE COURTS.

## V. LEGAL CLAIMS

12). PLAINTIFF REALLEGE AND INCORPORATE BY REFERENCE PARAGRAPHS 1-11.

13). THE FALSE IMPRISONMENT, SLANDER, DEFAMATION, MENTAL SUFFERING, DELIBERATE INDIFFERENCE TO MEDICAL NEEDS VIOLATED PLAINTIFF

RIGHTS AND CONSTITUTED <u>CRUEL AND UNUSUAL PUNISHMENT</u> AND A VIOLATION OF <u>DUE PROCESS</u> UNDER THE 8TH AND 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

14). THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEK.

VI. <u>PRAYER FOR RELIEF</u>

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF:

15) A DECLARATION THAT THE ACT AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

16). A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS DON REYNOLDS (SHERIFF), ANDREW T. DUTTON (DEPUTY CHIEF), (LT) KEITH MCINTOSH, (LT) J. MCINTOSH, AND (LT) CHRIS MARTIN. All OF LAURENS COUNTY SHERIFF OFFICE TO PAY THE PLAINTIFF IN THE AMOUNT $75,000.

17). COMPENSATORY DAMAGES IN THE AMOUNT OF $50,000 AGAINST EACH DEFENDANT JOINTLY AND SEVERALLY.

18). PUNITIVE DAMAGES IN THE AMOUNT OF $25,000 AGAINST EACH DEFENDANT.

19). A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

20). PLAINTIFF[S] COSTS IN THIS SUIT.

21). ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

RESPECTFULLY,

DATED: DECEMBER 3, 2018

PRINT NAME: LEVITICUS YOUNG #311607
SIGN NAME: Leviticus Young

MA- ROOM #210
LEIBER CORRECTIONAL INST.
P.O. BOX 205
RIDGEVILLE, S.C 29472